**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DEBRAYSHIA DOUGLAS**                                                    **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 3:23-CV-329-MPM-RP**

**ENTERGY MISSISSIPPI, LLC**                                                    **DEFENDANT**

**JUDGMENT**

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed as frivolous.

This, the **29** day of **September**, 2023.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

1